**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re: Case No.8:24-bk-06052-CPM
Chapter 13

Belinda Gail Noah

Debtor
____________________/

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE**
**TO COMPLY AND RESCHEDULING §341 MEETING OF CREDITORS**

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal and in support thereof would state as follows:

1. The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on October 15, 2024.

2. A §341 Meeting of Creditors was scheduled on November 12, 2024 pursuant to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, a copy of which the Clerk of the Bankruptcy Court mailed to all parties in interest on or about October 16, 2024. The Debtor appeared at the aforementioned §341 Meeting of Creditors but failed to provide at least seven (7) days before the initial Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date and copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period ending on the last day of the month preceding the month of the petition date.

3. Additionally, Debtor failed to provide at least seven (7) days before the rescheduled Meeting of Creditors the Chapter 13 Trustee with a valid government issued identification and a valid form of proof of social security number.

**4. The Trustee hereby notifies the Debtor that the Rescheduled §341 Meeting of Creditors will be held via Zoom on December 13, 2024 at 3:30 p.m., Trustee Jon M. Waage will hold the meeting via Zoom. Go to Zoom.us/join, enter meeting ID 578 762 2687, and pass code 6348227471.**

5. In the event the Debtor fails to attend the rescheduled §341 Meeting of creditors and fails to provide at least seven (7) days before the rescheduled Meeting of Creditors the Chapter 13 Trustee with a valid government issued identification and a valid form of proof of social security number, the Trustee may submit to the Court an Order dismissing the above styled Chapter 13 case.

6. In the event the Debtor fails to attend the rescheduled §341 Meeting of Creditors and fails to provide at least seven (7) days before the rescheduled Meeting of Creditors the Chapter 13 Trustee with copies of tax returns for the two years preceding the petition date and copies of all pay stubs, advices, or documentation of income sources (Payment Advices) for the six month period ending on the last day of the month preceding the month of the petition date, the Trustee may submit to the Court an Order dismissing the above styled Chapter 13 case.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal for the above-styled Chapter 13 case, together with such other and further relief as the Court deems just and proper.

/s/ Kimberly R. McIntyre
Kimberly R. McIntyre, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 14123
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
Fax: (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically by CM/ECF services and/or by U.S. Mail to **Belinda Gail Noah**, Debtor, Self-Represented, 10144 Whisper Pointe Drive, Tampa, FL 33647 on this 14th day of November ,2024.

/s/ Kimberly R. McIntyre
Kimberly R. McIntyre, Esquire

JMW/KRM/ds