**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

BELINDA GAIL NOAH
*AKA* BELINDA GAYLE NOAH
*AKA* BELINDA GAIL QUARTERMAN NOAH
*DBA* LAW OFFICE OF DR. BELINDA NOAH

CASE NO. 24-bk-06052-CPM
CHAPTER 13

Debtor.
________________________________________/

**OBJECTION TO CONFIRMATION OF PLAN**

Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-25, files its Objection to Confirmation of Plan and states:

1. Creditor holds a note secured by a mortgage on the property located at 10144 Whisper Pointe Dr., Tampa, FL 33647.

2. Creditor is in the process of timely filing a Proof of Claim in the approximate amount of $452,304.43, including an estimated arrearage of $92,705.13.

3. The Debtor's Plan provides for an arrearage amount of $4,390.00.

4. The Debtor's Plan should be amended to conform to Creditor's Proof of Claim when filed.

**WHEREFORE**, Creditor respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33765

P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first class mail this 14th day of November 2024.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire
Florida Bar Number 52899

**VIA FIRST CLASS MAIL**
Belinda Gail Noah
10144 Whisper Pointe Drive
Tampa, FL 33647

**VIA CM/ECF NOTICE**
Jon Waage
P O Box 25001
Bradenton, FL 34206-5001

U.S. Trustee
United States Trustee - TPA7/13, 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602