**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Case No.. 8:24-bk-06052-CPM**
**Chapter 1 3**

**In re.**

**BELINDA NOAH**

**Debtor.**

_______________________________/

FILED TPA INTAKE USBC
6 FEB 2026 PM3:46

**DEBTOR'S PRE-CONFIRMATION OBJECTION TO INTERNAL REVENUE SERVICE PROOF OF CLAIM (NEGATIVE NOTICE)**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING:**

**If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Avenue Suite 555 Tampa, Florida 33602 and mail a copy to the moving party at 10144 Whisper Pointe Drive, Tampa, Florida 33647 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you**

**do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated.**

The Debtor, *pro se*, pursuant to 11 U.S.C. §§ 502 and 507 and Fed. R. Bankr. P. 3007, objects to Proof of Claim No.1 filed by the Internal Revenue Service ("IRS"), and states:

**I. IDENTIFICATION OF CLAIM**

1. The IRS filed Proof of Claim No.1 on October 31, 2024, asserting federal income tax liabilities, including purported priority and nonpriority unsecured claims, penalties, and interest.
2. The claim asserts, among other amounts:
   - An **estimated priority income tax claim for Tax Year 2023** (Tax Period ending 12/31/2023) in the amount of **$19,206.64**, plus **$783.75** in interest; and
   - Income tax liabilities for **Tax Years 2011 and 2012**, assessed on **December 24, 2012,** and **June 3, 2013**, respectively, together with penalties and interest.

## II. OBJECTION TO ESTIMATED TAX YEAR 2023 CLAIM (MANDATORY DISALLOWANCE)

3. The IRS expressly states in its Proof of Claim that the **Tax Year 2023 liability was estimated** due to the alleged non-filing of a return.
4. **Subsequent to the filing of the Proof of Claim, the Debtor filed the 2023 federal income tax return**, which reflects **no tax due or owing** for Tax Year 2023.
5. An estimated claim is not allowable where the actual filed return establishes no liability. Accordingly, the IRS's estimated claim for Tax Year 2023 is **unenforceable and must be disallowed in its entirety** pursuant to **11 U.S.C. § 502(b)(1).**

## III. IMPROPER PRIORITY CLASSIFICATION — TAX YEARS 2011 AND 2012

6. The IRS asserts priority or otherwise elevated treatment for income tax liabilities arising from **Tax Years 2011 and 2012**.
7. These tax years fall **well outside** the look-back periods set forth in **11 U.S.C. § 507(a)(8)** and therefore **are not entitled to priority status.**
8. Any allowed amounts attributable to Tax Years 2011 and 2012 must be **reclassified as general unsecured claims.**

## IV. PENALTIES — NONPRIORITY AND SUBJECT TO

**DISALLOWANCE**

9. The IRS claim includes **$6,446.20 in penalties**, including interest thereon, associated with unsecured general claims.

10. Under **11 U.S.C. § 507(a)(8)(G)**, penalties not in compensation for actual pecuniary loss are **not entitled to priority** and must be treated as **general unsecured claims**.

11. To the extent such penalties are punitive, they are **subject to disallowance** under **11 U.S.C. § 502(b)(1)**.

## V. INTEREST — OVERSTATED AND UNALLOWABLE IN PART

12. The IRS asserts **$8,875.04 in interest** through the petition date on unsecured general claims.

13. The claim fails to properly itemize interest by tax year and fails to demonstrate that all interest accrued **pre-petition.**

14. Any post-petition interest or improperly calculated interest must be **disallowed**, and the IRS must be required to amend its claim to provide a legally sufficient accounting.

## VI. DISCHARGE-PRESERVATION AND ANTI–RELATION-BACK PROVISION

15. Nothing in this Objection, nor any order entered hereon, shall be construed as an admission that any portion of the IRS claim is nondischargeable.

16. Upon disallowance of the estimated **Tax Year 2023** claim, the IRS shall be **barred from asserting, post-confirmation or post-discharge,** any amended or substitute claim for Tax Year 2023 inconsistent with the filed return showing no liability.

17. The Debtor expressly reserves all rights under **11 U.S.C. §§ 502, 507, 523, and 1328(a)** to obtain a discharge of all dischargeable tax liabilities, penalties, and interest.

18. Any portion of the IRS claim allowed or reclassified as **general unsecured,** including amounts attributable to **Tax Years 2011 and 2012,** shall be **subject to discharge** upon completion of the Chapter 13 plan.

**WHEREFORE, the Debtor respectfully requests that the Court:**

a. Disallow in full the IRS's estimated claim for Tax Year 2023;

b. Reclassify any allowable amounts for Tax Years 2011 and 2012 as general unsecured;

c. Disallow or reclassify all penalty portions of the claim;

d. Disallow improperly calculated or post-petition interest; and

e. Grant such other and further relief as is just and proper.

**NEGATIVE NOTICE**

Any party opposing this Objection must file a written response within **30 days** after service of this Objection **plus an additional three days if this paper was**

**served on any party by U.S. Mail.** If no response is timely filed, the Court may grant the relief requested **without further notice or hearing.**

February 6, 2026

Respectfully submitted,

*/s/Belinda Noah*
Belinda Noah
Debtor
10144 Whisper Pointe Drive
Tampa, Florida 33647
Email: bnoah@bnoahlaw.com
Telephone: 813-808-5351

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Objection to Claim No. 1** has been furnished on this 26th day of February 2026, by **First Class United States Mail**, postage prepaid, to the following parties:

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**U.S. Attorney for the Middle District of Florida**
Attn: Civil Process Clerk
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**U.S. Attorney General**
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**Office of the United States Trustee**
Timberlake Annex, Suite 1200
501 East Polk Street
Tampa, FL 33602-3949

**Daryl J. Smith, Chapter 13 Trustee**
P.O. Box 25001
Bradenton, FL 34206-5001

**I declare under penalty of perjury that the foregoing is true and correct.**

February 6, 2026

*/s/Belinda Noah*
Belinda Noah
Pro se Debtor
10144 Whisper Pointe Drive
Tampa, Florida 33647
Email:bnoah@bnoahlaw.com
Telephone: 813-808-5351

Label Matrix for local noticing
113A-8
Case 8:24-bk-06052-CPM
Middle District of Florida
Tampa
Fri Feb 6 03:06:37 EST 2026

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 10826
Greenville, SC 29603-0826

The Bank of New York Mellon FKA The Bank of
Diaz Anselmo & Associates, P.A.
P.O. BOX 19519
Fort Lauderdale, FL 33318-0519

United States Trustee - TPA7/13 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

BANK OF NEW YORK MELLON
C/O SHELLPOINT
P. O. BOX 51850
LIVONIA MI 48151-5850

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

GEICO
C/O CREDIT COLLECTION SERVICE
725 CANTON STREET
NORWOOD, MA 02062-2609

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

SPECTRUM
11401 N 56TH ST, STE 19
TAMPA FL 33617-2218

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

THOMSON REUTERS
2900 AMES CROSSING ROAD
EAGAN, MN 55121-2498

The Bank of New York Mellon Trustee (See 410
c/o Newrez LLC dba
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603-0826

United Airlines
233 South Wacker Drive
Chicago IL 60606-6462

WTMP
C/O LENOX ROAD NE, SUITE 945
ATLANTA, GA 30326

WTMP
C/O SZABO ASSOCIATES, INC
3355 LENOX ROAD NE
SUITE 945
ATLANTA, GA 30326-1357

WTMP-AM
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Belinda Gail Noah
10144 Whisper Pointe Dr
Tampa, FL 33647-2904

Daryl Smith
Daryl J. Smith, Standing Chapter 13 Trus
P.O. Box 25001
Bradenton, FL 34206-5001

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
DEPARTMENT OF THE TREASURY
PHILADELPHIA, PA 19255

T MOBILE
12920 SE 38TH ST
BELLEVUE WA 98006

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BELINDA GAIL NOAH CREDITOR.TXT 10/14/2024
LIST OF CREDITORS

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 18 |
| Bypassed recipients | 1 |
| Total | 19 |

Label Matrix for local noticing
113A-8
Case 8:24-bk-06052-CPM
Middle District of Florida
Tampa
Fri Feb 6 03:06:37 EST 2026

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 10826
Greenville, SC 29603-0826

The Bank of New York Mellon FKA The Bank of
Diaz Anselmo & Associates, P.A.
P.O. BOX 19519
Fort Lauderdale, FL 33318-0519

United States Trustee - TPA7/13 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

BANK OF NEW YORK MELLON
C/O SHELLPOINT
P. O. BOX 51850
LIVONIA MI 48151-5850

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

GEICO
C/O CREDIT COLLECTION SERVICE
725 CANTON STREET
NORWOOD, MA 02062-2609

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

SPECTRUM
11401 N 56TH ST, STE 19
TAMPA FL 33617-2218

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

THOMSON REUTERS
2900 AMES CROSSING ROAD
EAGAN, MN 55121-2498

The Bank of New York Mellon Trustee (See 410
c/o Newrez LLC dba
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603-0826

United Airlines
233 South Wacker Drive
Chicago IL 60606-6462

WTMP
C/O LENOX ROAD NE, SUITE 945
ATLANTA, GA 30326

WTMP
C/O SZABO ASSOCIATES, INC
3355 LENOX ROAD NE
SUITE 945
ATLANTA, GA 30326-1357

WTMP-AM
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Belinda Gail Noah
10144 Whisper Pointe Dr
Tampa, FL 33647-2904

Daryl Smith
Daryl J. Smith, Standing Chapter 13 Trus
P.O. Box 25001
Bradenton, FL 34206-5001

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
DEPARTMENT OF THE TREASURY
PHILADELPHIA, PA 19255

T MOBILE
12920 SE 38TH ST
BELLEVUE WA 98006

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BELINDA GAIL NOAH CREDITOR.TXT 10/14/2024
LIST OF CREDITORS

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 18 |
| Bypassed recipients | 1 |
| Total | 19 |

Label Matrix for local noticing
113A-8
Case 8:24-bk-06052-CPM
Middle District of Florida
Tampa
Fri Feb 6 03:06:37 EST 2026

NewRez LLC d/b/a Shellpoint Mortgage Servici
PO Box 10826
Greenville, SC 29603-0826

The Bank of New York Mellon FKA The Bank of
Diaz Anselmo & Associates, P.A.
P.O. BOX 19519
Fort Lauderdale, FL 33318-0519

United States Trustee - TPA7/13 7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

BANK OF NEW YORK MELLON
C/O SHELLPOINT
P. O. BOX 51850
LIVONIA MI 48151-5850

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

GEICO
C/O CREDIT COLLECTION SERVICE
725 CANTON STREET
NORWOOD, MA 02062-2609

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

SPECTRUM
11401 N 56TH ST, STE 19
TAMPA FL 33617-2218

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

THOMSON REUTERS
2900 AMES CROSSING ROAD
EAGAN, MN 55121-2498

The Bank of New York Mellon Trustee (See 410
c/o Newrez LLC dba
Shellpoint Mortgage Servicing
PO Box 10826
Greenville, South Carolina 29603-0826

United Airlines
233 South Wacker Drive
Chicago IL 60606-6462

WTMP
C/O LENOX ROAD NE, SUITE 945
ATLANTA, GA 30326

WTMP
C/O SZABO ASSOCIATES, INC
3355 LENOX ROAD NE
SUITE 945
ATLANTA, GA 30326-1357

WTMP-AM
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Belinda Gail Noah
10144 Whisper Pointe Dr
Tampa, FL 33647-2904

Daryl Smith
Daryl J. Smith, Standing Chapter 13 Trus
P.O. Box 25001
Bradenton, FL 34206-5001

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
DEPARTMENT OF THE TREASURY
PHILADELPHIA, PA 19255

T MOBILE
12920 SE 38TH ST
BELLEVUE WA 98006

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BELINDA GAIL NOAH CREDITOR.TXT 10/14/2024<br>LIST OF CREDITORS | End of Label Matrix | |
| | Mailable recipients | 18 |
| | Bypassed recipients | 1 |
| | Total | 19 |